## STEINER v. STEINER ET AL.

1. **Practice : LOST PAPERS.** Where the pleadings and evidence had been lost, without fault of the plaintiff or his attorney, it was *held* that a motion that he be allowed to substitute papers for those which had been lost should have been sustained.

*Appeal from Montgomery District Court.*

THURSDAY, JUNE 13.

AFTER the plaintiff's appeal was perfected, the pleadings and evidence in the case were lost. The plaintiff then moved in the District Court for an order that the papers be substituted. The motion was overruled, and the plaintiff appeals from the order overruling the motion.

*W. M. Wright, F. M. Davis* and *John H. Keatly,* for appellant.

*Z. T. Fisher,* for appellee.

ADAMS, J.—The lost papers when last seen were in the hands of the plaintiff's attorney, but the uncontradicted affidavits filed in support of the plaintiff's motion show that the papers were lost without the fault of the attorney, and without the fault of the plaintiff, or any one representing him. Such being the fact, we are of the opinion that the court, under the authority of *Loomis v. McKenzie,* 48 Iowa, 416, should have sustained the motion.

REVERSED.